# Court of Appeals
# of the State of Georgia

ATLANTA, September 25, 2012

*The Court of Appeals hereby passes the following order:*

## A13I0008.  DONALD GAY, JR., et al. v. MABEL IRENE SMITH.

Donald and Kayren Gay brought a personal injury action against Mabel Irene Smith.  The parties filed cross motions for partial summary judgment.  The trial court granted Smith's motion as to the plaintiffs' claims for future medical expenses and denied the plaintiffs' motion as to Smith's affirmative defense of contributory negligence.  The plaintiffs appeal the grant of partial summary judgment to Smith and the denial of their motion for partial summary judgment.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-28 (386 SE2d 884) (1989).  We will grant a timely application for interlocutory appeal if the order complained of is subject to direct appeal and the applicants have not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).  Accordingly, this interlocutory application is hereby GRANTED.  The applicants shall have ten days from the date of this order to file a notice of appeal in the trial court.  If they have already filed a notice of appeal from the order at issue here, they need not file a second notice.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/25/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*